432

750 A.2d 842

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Melvin E. WILKERSON, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued May 3, 2000.

Decided May 19, 2000.

Holly Feeney Morris, Public Defender's Office, for Melvin E. Wilkerson, Jr.

Francis T. Chardo, Sr., Edward M. Marlsico, Jr., Dist. Atty., Dist. Attorney's Office, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *O R D E R*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justice ZAPPALA and NIGRO dissent.